IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01165-WYD-PAC

HYMAN LIPPITT, P.C., a Michigan professional corporation;
J. LEONARD HYMAN;
NORMAN L. LIPPETT;
DOUGLAS A. HYMAN;
BRIAN D. O'KEEFE;
H. JOEL NEWMAN;
NAZLI G. SATER; and
KENNETH E. NEUMAN,

      Plaintiff(s),

v.

CHICAGO INSURANCE COMPANY, an Illinois corporation; and
HINSHAW & CULBERSTON LLP, limited liability Professional corporation,

      Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court upon stipulation of counsel for the parties, Defendants having not yet answered the Summons and Complaint filed against them, and the Court being otherwise fully informed in the premises;

IT IS HEREBY ORDERED that the summons and complaint filed and served by Plaintiffs upon Defendants in this matter be, and hereby is, DISMISSED WITHOUT PREJUDICE pursuant to that certain Stipulation for Dismissal Without Prejudice, filed November 30, 2005, the terms and conditions of which are incorporated herein by reference and made part of this Order.

Dated:  December 2, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge